## Shryock et al. versus McClure.

.THIS was an action on a promissory note, brought by Samuel T. Shryock and John P. Rhoads, assignees of the Farmers' and Mechanics' Bank of Shippensburg, against William McClure. The facts in regard to the assignment to the plaintiffs are the same as in Shryock v. Basehore, above reported. The defendant requested the court to charge that the plaintiffs could not recover because the deed of assignment to them was void as " being transgressive of Bankrupt Act." The court so charged and directed a verdict for the defendant, which charge was assigned for error. The case was argued most learnedly by the same counsel as appeared in the last case (and on the same day) for the plaintiffs in error.

J. McD. Sharpe, T. B. Kennedy and John Stewart, for defendant in error, did not present a paper-book.

PAXSON, J.—What has been said in Shryock et al. v. Basehore, renders any discussion of this case unnecessary.

The judgment is reversed and a venire facias de novo awarded.